**IN THE UNITED STATES DISTRICT COURT FOR THE**

**MIDDLE DISTRICT OF GEORGIA**

**COLUMBUS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| vs. | : | **Case No: 4:20-CR-00005 (CDL)** |
| | : | |
| **DARRIAN NATHAN,** | : | |
| | : | |
| **Defendant** | : | |

**PROPOSED ORDER ON MOTION FOR CONTINUANCE**

Defendant **DARRIAN NATHAN**, has moved the court to continue the pre-trial conference of his case presently scheduled for Wednesday, June 10, 2020. The Government does not oppose this motion. Defendant is currently in custody.

The court finds that it is in the interests of justice to continue the pre-trial conference and that said continuance would not prejudice or harm either party. Accordingly, Defendant's Motion for Continuance (Doc. 28) is GRANTED, and it is hereby ordered that this case shall be continued. The case shall be continued until the Court's September trial term with a pretrial conference scheduled prior to the trial term. The Court finds that any Speedy Trial deadlines should be extended until the September Trial Term because the ends of justice that require a continuance outweigh the right of Defendant and the public to a trial any sooner.

It is SO ORDERED, this __9th__ day of _June_, 2020.

s/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE